# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
RICHARD G. ZEH, SR. - CLERK

| ALBANY DIVISION | SYRACUSE DIVISION | UTICA DIVISION |
|---|---|---|
| JAMES T. FOLEY COURTHOUSE | THE ATRIUM | ALEXANDER PIRNIE FEDERAL BUILDING |
| 445 BROADWAY, SUITE 330 | 101 WEST WATER ST, SUITE 310 | 10 BROAD ST, ROOM 230 |
| ALBANY, NEW YORK 12207 | SYRACUSE, NEW YORK 13202 | UTICA NEW YORK 13501 |
| (518) 257-1661 | (315) 295-1600 | (315) 793-8101 |
| Fax:(518) 257-1650 | Fax:(315) 295-1655 | Fax:(315) 793-8128 |

REPLY: Albany

DATE: 1/16/07

*Rcd ALB03195*

U.S. DISTRICT COURT
N.D. OF N.Y. *pd. $9.00*
FILED

07mc4

JAN 16 2007

LAWRENCE K. BAERMAN, CLERK
ALBANY

Lawrence K. Baerman
Clerk, U.S. District Court
James T. Foley Courthouse
Albany, NY 12207

In Re: Granite Capital Holdings VS Neverett

Case No. 05-19129
Adv. No. 06-90089

Dear Mr. Baerman,

Pursuant to 5003(c), please find enclosed certified copies of an order and or judgment to be entered by you in connection with the above captioned matter. We are also enclosing a copy of the docket.

Kindly acknowledge receipt on the photocopy of this letter. Your assistance in this matter is appreciated.

Sincerely,

RICHARD G. ZEH, SR.
Clerk of Court

By: <u>Vicki A Rodriguez</u>
Deputy Clerk

cc: requesting party

O:R5003(01/05/2000)A

# U.S. Bankruptcy Court
## Northern District of New York (Albany)
## Adversary Proceeding #: 06-90089-1-rel
Internal Use Only

*Assigned to:* Judge Robert E. Littlefield Jr.
*Related BK Case:* 05-19129
*Related BK Title:* Joseph O. Neverett and Debbie Neverett
*Related BK Chapter:* 7
*Demand:*
*Nature[s] of Suit:* 426 Dischargeability 523

*Date Filed:* 03/13/06
*Date Terminated:* 09/19/06

I certify that this is a true copy.

Attest: *Richard H. Zeh, Jr.*
Clerk of Court

By: _____
Deputy Clerk

Date: 1/16/07

### Plaintiff

**Granite Capital Holdings, Inc.**
**d/b/a MFG Fuel Group**
c/o Hinman, Howard & Kattell, LLP
Attention: Richard E. Fahrenz, Esq.

700 Security Mutual Building
80 Exchange Street
Binghamton, NY 13901
607-231-6869

represented by **Richard E. Fahrenz**
Hinman, Howard & Kattell, LLP
80 Exchange Street
P.O. Box 5250
Binghamton, NY 13902-5250
(607) 231-6869
Fax : (607) 723-6605
Email: rfahrenz@hhk.com
*LEAD ATTORNEY*

V.

### Defendant

**Debbie Neverett**
1081 Rt. 11
P.O. Box 8
Champlain, NY 12919
SSN: 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

represented by **Randall E. Kehoe, Esq**
127 Madison Ave.
Albany, NY 12202
(518) 465-2211
Fax : (518) 465-2210
Email: rkehoe127@aol.com

**Joseph O. Neverett**
1081 Rt. 11
P.O. Box 8
Champlain, NY 12919
SSN: 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

represented by

**Randall E. Kehoe, Esq**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 03/13/2006 | 1 | 426 (Dischargeability 523): Complaint by Granite Capital Holdings, Inc. d/b/a MFG Fuel Group against Debbie Neverett, Joseph O. Neverett. Fee Amount $ 250.. (Attachments: # 1 Exhibit Cover Sheet) (Fahrenz, Richard) (Entered: 03/13/2006) |
| 03/13/2006 | 2 | gen_pdf_from_html (Entered: 03/13/2006) |
| 03/13/2006 | | Receipt of Complaint(06-90089-1) [cmp,cmp] ( 250.00) filing fee. Receipt number 2150303, amount $ 250.00. (U.S. Treasury) (Entered: 03/13/2006) |
| 03/13/2006 | | Robert E. Littlefield added to case, Paul M. Fischer added to case. (Didonna, Edward) (Entered: 03/13/2006) |
| 03/14/2006 | 3 | Summons Service Executed on Debbie Neverett 3/13/2006; Joseph O. Neverett 3/13/2006 (Fahrenz, Richard) (Entered: 03/14/2006) |
| 03/16/2006 | 4 | Notice of Deficiency sent to Richard Fahrenz (related document(s)3). Document Correction due by 3/20/2006. (Garrow, Sean) (Entered: 03/16/2006) |
| 03/16/2006 | | Attorney Richard E. Fahrenz for Granite Capital Holdings, Inc. d/b/a MFG Fuel Group added to case. (Garrow, Sean) (Entered: 03/16/2006) |
| 04/06/2006 | 5 | Stipulation/Order Extending Time To Answer Until 5/15/06 Signed on 4/6/2006 (related document(s)1). (Garrow, Sean) (Entered: 04/10/2006) |
| 05/04/2006 | 6 | Stipulation And Order to Extend Time To Answer Signed on 5/4/2006. (Garrow, Sean) (Entered: 05/04/2006) |
| 05/19/2006 | 7 | Answer to Complaint Filed by Debbie Neverett, Joseph O. Neverett. (Cleveland, David) Modified on 6/7/2006 Answer should have been entered on Adversary 06-90128 (Chest, Lynn). (Entered: 05/19/2006) |
| 05/22/2006 | 8 | Notice of Pretrial Together with Certificate of Mailing. . Pre-Trial Conference set for 6/6/2006 at 12:45 PM at Albany CourtRoom. (Garrow, Sean) (Entered: 05/22/2006) |

| | | |
|---|---|---|
| 05/22/2006 | 9 | Document Filed by Debbie Neverett , Joseph O. Neverett . (Garrow, Sean) (Entered: 05/25/2006) |
| 05/31/2006 | 10 | Notice of Appearance and Request for Notice by Randall E. Kehoe Esq Filed by on behalf of Debbie Neverett, Joseph O. Neverett. (Attachments: # 1 Certificate of Service) (Kehoe, Randall) (Entered: 05/31/2006) |
| 06/01/2006 | 11 | Letter Re: *consent to change atty* Filed by Debbie Neverett, Joseph O. Neverett. (Kehoe, Randall) (Entered: 06/01/2006) |
| 06/01/2006 | 12 | Letter Re: *consent to change atty 2* Filed by Debbie Neverett, Joseph O. Neverett. (Kehoe, Randall) (Entered: 06/01/2006) |
| 06/12/2006 | 13 | Scheduling Order Signed on 6/12/2006. Pre-Trial Conference set for 7/7/2006 at 11:45 AM at Albany CourtRoom. Trial date set for 12/4/2006 at 09:00 AM at Albany CourtRoom. Discovery due by 8/7/2006. (Garrow, Sean) (Entered: 06/12/2006) |
| 07/07/2006 | | Hearing Continued (related document(s)13). Hearing scheduled for 7/14/2006 at 09:00 AM at Albany CourtRoom. (Garrow, Sean) (Entered: 07/10/2006) |
| 07/14/2006 | | Hearing Continued (related document(s)13). Hearing scheduled for 7/26/2006 at 09:00 AM at Albany CourtRoom. (Garrow, Sean) (Entered: 07/14/2006) |
| 07/26/2006 | | Hearing Held, Settled, Order Due (related document(s),13). (Garrow, Sean) (Entered: 07/26/2006) |
| 09/01/2006 | 14 | Judgment By Confession Signed on 9/1/2006. (Attachments: # 1 Affidavit) (Garrow, Sean) (Entered: 09/01/2006) |
| 09/01/2006 | 15 | Stipulation So Ordered on 9/1/2006 (related document(s)14). (Garrow, Sean) (Entered: 09/01/2006) |
| 09/19/2006 | | Disposition of Adversary 1-06-ap-90089 Judgment For Plaintiff. (Garrow, Sean) (Entered: 09/19/2006) |
| 09/19/2006 | | Adversary Case 1-06-ap-90089 Closed. (Garrow, Sean) (Entered: 09/19/2006) |

**RECEIVED & FILED**
SEP 1 2006
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

**RECEIVED**
AUG 31 2006
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

JOSEPH O. NEVERETT and
DEBBIE NEVERETT

       Debtors

Case No. 05-19129

---

GRANITE CAPITAL HOLDINGS, INC.
d/b/a MFG FUEL GROUP

       Plaintiff

-against-

JOSEPH O. NEVERETT and
DEBBIE NEVERETT

       Defendants

Adv Case No. 06-90089

I certify that this is a true copy.
Attest: _____ Clerk of Court
By: _____ Deputy Clerk
Date: 1/16/07

## JUDGMENT BY CONFESSION

AMOUNT CONFESSED.................................................$220,000.00

**TOTAL JUDGMENT.....................$220,000.00**

JUDGMENT entered the _____ day of _____, 2006

On filing the foregoing Affidavit of Confession of Judgment made by the defendants, Joseph O. Neverett and Debbie Neverett herein, sworn to on the 16th day of August, 2006,

NOW, ON MOTION OF HINMAN, HOWARD & KATTELL, LLP, attorneys for the plaintiff, it is

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

JOSEPH O. NEVERETT and
DEBBIE NEVERETT

Case No. 05-19129

Debtors

GRANITE CAPITAL HOLDINGS, INC.
d/b/a MFG FUEL GROUP

Plaintiff

-against-

Adv Case No. 06-90089

JOSEPH O. NEVERETT and
DEBBIE NEVERETT

Defendants

## AFFIDAVIT OF CONFESSION OF JUDGMENT

STATE OF NEW YORK   )
                    )
COUNTY OF CLINTON   )

JOSEPH NEVERETT and DEBBIE NEVERETT, being duly sworn, depose and say:

1. We are the defendants in the above entitled action.

2. We, Joseph O. Neverett and Debbie Neverett, reside at P.O. Box 8, Champlain, New York, County of Clinton.

3. We, each and severally, confess judgment in this Court, in favor of Granite Capital Holdings, Inc., plaintiff herein, for the sum of $220,000.00, plus interest at the rate of 9% per annum from August 1, 2006.

4. This Affidavit of Confession of Judgment is for a debt justly due to the plaintiff arising out of the following facts:

Promissory Notes and Guaranties executed by the defendants securing payments for fuel delivered and purchased by defendants on a revolving line of credit.

5. Defendants, without any further notice, hereby authorize the plaintiff to enter a Judgment by Confession with the Clerk of this Court against the defendant for the sum of $220,000.00, plus interest at the rate of 9% per annum from August 1, 2006.

_____
Joseph O. Neverett, Individually

Sworn to before me this
16th day of August, 2006

_____
Notary Public

LYNN ARMSTRONG
Notary Public, State of New York
No. 01AR5034257
Qualified in Clinton County
My Commission Expires 10/11/06

_____
Debbie Neverett, Individually

Sworn to before me this
16th day of August, 2006

_____
Notary Public

LYNN ARMSTRONG
Notary Public, State of New York
No. 01AR5034257
Qualified in Clinton County
My Commission Expires 10/11/06

**ADJUDGED**, that Granite Capital Holdings, Inc., having a place of business at 44 Grand Street, Sidney, New York 13748, plaintiff, recover of defendants, JOSEPH O. NEVERETT and DEBBIE NEVERETT, residing at P.O. Box 8, Champlain, New York 12919, the sum of $220,000.00, plus interest at the rate of 9% per annum from August 1, 2006, and that plaintiff have execution therefor.

Dated: SEP 1 2006

_____
Hon. Robert E. Littlefield, Jr.
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

JOSEPH O. NEVERETT and
DEBBIE NEVERETT,

           Debtors.

GRANITE CAPITAL HOLDINGS, INC.
d/b/a MFG FUEL GROUP,

           Plaintiff

vs.

JOSEPH O. NEVERETT and
DEBBIE NEVERETT,

           Defendant

Case No. 05-19___

Adv Proc No. 06-90089

Honorable Robert E. Littlefield, Jr., US Bankruptcy Judge

## STIPULATION

**WHEREAS**, Granite Capital Holdings, Inc. d/b/a MFG Fuel Group, hereinafter referenced as "Granite" has commenced an adversary proceeding against the debtors, Joseph O. Neverett and Debbie Neverett, seeking dischargeability of debt and an exception to discharge pursuant to 11 U.S.C. § 523(a)(2), (4) and (6); and

**WHEREAS**, attorney Randall E. Kehoe, has been substituted for the defendants, Joseph O. Neverett and Debbie Neverett, in place and stead of Harris Beach, LLC; and

**WHEREAS**, the attorneys for the plaintiff and the attorney for the defendant are willing to settle and compromise the adversary proceeding under the following stipulated terms and conditions; and

**WHEREAS**, the trustee assigned to this case having indicated no objection to the settlement and compromise; it is

**STIPULATED AND AGREED**

I certify that this is a true copy.
Attest: _____
        Clerk of Court
By: _____
        Deputy Clerk
Date: 1/16/07

RECEIVED & FILED
SEP 1 2006
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

RECEIVED
AUG 31 2006
BANKRUPTCY JUDGE
ALBANY, NEW YORK

RECEIVED
AUG 31 2006
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

(1) that the adversary proceeding brought by Granite shall be withdrawn in its entirety; and
(2) the defendants, Joseph O. Neverett and Debbie Neverett, hereby withdraw their answer to the adversary proceeding; and
(3) Granite Capital Holdings, Inc. shall execute a Stipulation and Discharge, if necessary, withdrawing a Judgment by Confession entered by Granite Capital Holdings, Inc. against another entity and against Joseph O. Neverett, individually and Debbie Neverett, individually in the sum of $223,628.29 filed September 1, 2005 in the Supreme Court of the State of New York, Delaware County; and
(4) Joseph O. Neverett and Debbie Neverett do, by execution of this Stipulation, stipulate, agree and confess to the entry of a judgment in this Court and against them each individually in the sum of $223,628.29.

This Stipulation is intended to be separately executed by the various parties and is dated by each party on the date indicated next to their respective signature. Further, this Stipulation represents the entire agreement between the parties.

DATED: _____
Richard E. Fahrenz
Attorney for Granite Capital Holdings, Inc. d/b/a MFG Fuel Group

DATED: Aug 6/06
Randall E. Kehoe
Attorney for Joseph O. Neverett and Debbie Neverett

DATED: 8-16-06
Joseph O. Neverett

DATED: Aug. 16, 2006
Debbie Neverett

The terms of this Stipulation are SO ORDERED.

DATED:
Honorable Robert E. Littlefield, Jr.

###       SEP 1 2006